**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 229 WAL 2023 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| JEREMEY DANIEL SICKENBERGER, | : | |
| Respondent | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 242 WAL 2023 |
| Respondent | : | |
| | : | Cross Petition for Allowance of |
| | : | Appeal from the Order of the |
| v. | : | Superior Court |
| | : | |
| JEREMEY DANIEL SICKENBERGER, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.